In the Matter of WANDA R. THOMPSON, Appellant, v WARD A. THOMPSON, Respondent. [1 NYS3d 655]—

Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered May 7, 2013 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Petitioner mother appeals from an order that dismissed her petition seeking modification of a prior custody order awarding sole custody of the subject child to respondent father. Contrary to the mother's contention, there is a sound and substantial basis in the record for Family Court's determination that the mother failed to make the requisite evidentiary showing of a change in circumstances to warrant an inquiry into whether the best interests of the child would be served by modifying the existing custody arrangement (*see Matter of Wawrzynski v Goodman*, 100 AD3d 1559, 1559 [2012]). Present—Centra, J.P., Fahey, Valentino, Whalen and DeJoseph, JJ.

In the Matter of JOHNATHAN CRAIG, Respondent, v AMBER M. YAKYMOVITCH, Appellant. [998 NYS2d 129]—Appeal from an order of the Family Court, Monroe County (John B. Gallagher, Jr., J.), entered May 10, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole custody of the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Valentino, Whalen and DeJoseph, JJ.